UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS, TR.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. CASEY, et al.,<br><br>Defendants. | Case No: C 09-05775 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Dkt. 77 |

By Order entered September 9, 2010, the Court granted Defendants' Motion to Dismiss and provided Plaintiff, who is proceeding pro se, leave to file a first amended complaint within twenty-one (21) days from the date of that Order. Dkt. 75. On September 30, 2010, Plaintiff filed a "Motion to Enlarge Time, Proposed Order, and Declaration of Annette Elder-Evins, and Decree of Sovereign to Suspend All the Rules." Dkt. 77. The Court liberally construes this motion to be a request by Plaintiff for an extension of time to file her first amended complaint. Plaintiff indicates that she has been attempting to secure counsel in this matter. Finding good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff's request for an extension of time is GRANTED. By no later than October 22, 2010, Plaintiff shall file her first amended complaint. Plaintiff is expressly advised that, absent exceptional circumstances, no further extensions will be granted. Plaintiff is further advised that, should she fail to file her first amended complaint by October 22, 2010, the Court will dismiss this action without further notice pursuant to Federal Rule of Civil Procedure 41(b). This Order terminates Docket 77.

IT IS SO ORDERED.

Dated: October 1, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANNETTE SHARLENE ELDER-EVINS,

       Plaintiff,

  v.

MICHAEL J. CASEY et al,

       Defendant.
                                   /

Case Number: CV09-05775 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annette Sharlene Elder-Evins
Guenocamata Sovereign Trust
Guenocamata Rancheria
948 Leddy Avenue
Santa Rosa, CA 95407-6601

Dated: October 4, 2010
                                     Richard W. Wieking, Clerk

                                           By: LISA R CLARK, Deputy Clerk