1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   jfritsch@srcity.org
4
   Telephone:  (707) 543-3040
5  Facsimile:   (707) 543-3055

6  Attorneys for Defendant Daniel Shacklett

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ANNETTE SHARLENE ELDER-EVINS,           Case No. C 09-05775 SBA
   TR,
12                                          **ORDER ON ADMINISTRATIVE
                  Plaintiff,                MOTION FOR ORDER TO SEAL
13                                          RECORDS OF <u>DONALD T.</u>
        v.                                  <u>APOSTLE, M.D.</u>**
14                                          [Civil Local Rules 7-11 and 7-12]
   CITY OF SANTA ROSA, et al.
15                                          **JURY TRIAL DEMANDED**
                  Defendants.
16 _____/         Judicial Officer: The Honorable Saundra
                                            Brown Armstrong
17
                                            1.   Administrative Motion
18                                          2.   Declaration of John J. Fritsch

19       The administrative motion of defendant Daniel Shacklett requesting an order to

20 seal the eight pages of records of Donald T. Apostle, M.D. related to Annette Sharlene

21 Elder-Evins pursuant to Northern District Civil Local Rules 7-11 and 7-12 came on

22 regularly for consideration by this court.  The motion was supported by the Declaration

23 of John J. Fritsch.

24       Good cause appearing, it is ordered that the seven pages of records of Donald T.

25 Apostle, M.D. are sealed and shall be lodged with the Clerk pursuant to Civil Local

26 Rule 79-5.

27 DATED: 3/10/11                           _____
                                            Saundra Brown Armstrong
28                                          United States District Court Judge

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

ANNETTE SHARLENE ELDER-EVINS,

       Plaintiff,

  v.

MICHAEL J. CASEY et al,

       Defendant.

Case Number: CV09-05775 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annette Sharlene Elder-Evins
Guenocamata Sovereign Trust
Guenocamata Rancheria
948 Leddy Avenue
Santa Rosa, CA 95407-6601

Dated: March 11, 2011

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk