United States District Court

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                          EUREKA DIVISION

8

9   ANNETTE SHARLENE ELDER-EVANS,          No. C 09-5775 SBA (NJV)

10              Plaintiff,                   ORDER VACATING HEARING

11         v.

12   MICHAEL J. CASEY, et al.,

13              Defendants.
    _____/

14

15

16

17        The Court has determined that this matter is suitable for resolution on the papers.

18   Accordingly, the motion hearing set for June 28, 2011 at 1:00 p.m. is HEREBY VACATED and the

19   matter is submitted on the papers.

20

21

22

23   Dated: June 24, 2011

24                                          _____

25                                          NANDOR J. VADAS

26                                          United States Magistrate Judge

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ANNETTE SHARLENE ELDER-EVANS,

        Plaintiff,

v.

MICHAEL J. CASEY, et al.,

        Defendants.

_____/

No. C 09-5775 SBA (NJV)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on June 24, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, and depositing said envelope in the U.S. Mail.

Annette Sharlene Elder-Evins
Guenocamata Sovereign Trust
Guenocamata Rancheria
948 Leddy Avenue
Santa Rosa, CA 95407-6601

Dated:  June 24, 2011

             /s/  *Linn Van Meter*
             Linn Van Meter
          Administrative Law Clerk to the
          Honorable Nandor J. Vadas

**United States District Court**
For the Northern District of California

2