UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS,<br><br>           Plaintiff,<br>   v.<br><br>MICHAEL J. CASEY, *et al.*,<br><br>           Defendants.<br>_____/ | No. C 09-05775 SBA (LB)<br><br>**ORDER SETTING HEARING FOR DEFENDANTS' MOTION FOR COMPETENCY DETERMINATION** |

On June 28, 2011, the District Court referred to this court Defendants' motion to determine whether *pro se* Plaintiff Annette Elder-Evins is competent to act as her own attorney for a report and recommendation. 6/28/11 Order, ECF No. 148; Motion Re Competency, ECF No. 115.[1] The court sets a competency hearing for August 25, 2011 at 11:00 a.m. in Courtroom 4, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, CA 94612. Ms. Elder-Evins shall file an opposition to Defendants' motion by August 11, 2011. Defendants may file an optional reply by August 18, 2011.

At the hearing, Ms. Elder-Evins will have the opportunity to express any objections to an appointment of a guardian ad litem and present any evidence, written or testimonial, that is relevant

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 09-05775 SBA (LB)
ORDER SETTING COMPETENCY HEARING

to the court's determination of her competency to proceed without an attorney in this matter.

**IT IS SO ORDERED.**

Dated: July 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge