UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS,<br><br>    Plaintiff,<br>  v.<br>MICHAEL J. CASEY, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 09-05775 SBA (LB)<br><br>**NOTICE REGARDING LEGAL HELP DESK,** ***HANDBOOK FOR LITIGANTS WITHOUT A LAWYER*** |

### I.  NOTICE TO *PRO SE* PLAINTIFF

Because you are representing yourself in this case, the court issues this notice to you about legal resources available to you.

### II.  RESOURCES AVAILABLE TO YOU

First, the court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

Second, you may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-9000, extension 8657, or by signing up for an appointment on the15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  A copy of the Legal

///

NOTICE
C 09-05775 SBA (LB)

1 | Help Center's flyer is attached.

3 | Dated: July 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California