UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS, TR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. CASEY, et al., <br><br> Defendants. | Case No: C 09-05775 SBA <br><br> **ORDER** <br><br> Dkts. 160, 161 |

On August 10, 2011, the Magistrate Judge filed an Interim Report and Recommendation in which she recommended that the Court appoint counsel for Plaintiff in connection with proceedings concerning Plaintiff's competency.  Dkt. 160.  On August 22, 2011, Plaintiff filed objections to the Interim Report and Recommendation.  Dkt. 162.  To expedite this matter, the Court sets the following briefing schedule for Defendant Officer Daniel Shaklett's opposition to Plaintiff's objections to the Interim Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED THAT, within seven (7) days from the date of this Order, Defendant Officer Daniel Shaklett shall file his opposition of no more than ten (10) pages to Plaintiff's objections to the Interim Report and Recommendation.  Within five (5) days from the date Defendant files his opposition, Plaintiff shall file any reply of no more than five (5) pages to Defendant Officer Daniel Shaklett's opposition.

IT IS SO ORDERED.

Dated: August 30, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANNETTE SHARLENE ELDER-EVINS,

    Plaintiff,

v.

MICHAEL J. CASEY et al,

    Defendant.
_____/

Case Number: CV09-05775 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annette Sharlene Elder-Evins
Guenocamata Sovereign Trust
Guenocamata Rancheria
948 Leddy Avenue
Santa Rosa, CA 95407-6601

Dated: August 30, 2011

    Richard W. Wieking, Clerk

    By: LISA R CLARK, Deputy Clerk