UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARLENE SHARLENE ELDER-EVINS, TR., | Case No:  C 09-5775 SBA |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICHAEL J. CASEY, et al., | |
| Defendants. | |

This case is scheduled for Case Management Conference to take place on October 12, 2011.  However, given the pendency of the hearing to determine Plaintiff's competency (which is before Magistrate Judge Laurel Beeler), the Court finds that the interests of justice and judicial efficiency warrant a continuance of the Case Management Conference. See Dkt. 115, 148.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.      The telephonic Case Management Conference currently scheduled for October 12, 2011 is CONTINUED to **January 11, 2012 at 4:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

2.      Defendants shall file their opposition to Plaintiff's motion for extension of time to file a second amended complaint by no later than **November 8, 2011**.  Should Plaintiff desire to file a reply, she shall do so by no later than **November 22, 2011**.  The

1   hearing on the motion will take place on **December 13, 2011, at 1:00 p.m.**  The Court, in

2   its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ.

3   L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a

4   court appearance is required.

5          IT IS SO ORDERED.

6   Dated:  October 12, 2011

7                                                         SAUNDRA BROWN ARMSTRONG

8                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28