1
2
3          UNITED STATES DISTRICT COURT
4      FOR THE NORTHERN DISTRICT OF CALIFORNIA
5              OAKLAND DIVISION
6

7  ANNETTE SHARLENE ELDER-EVINS,          Case No:  C 09-05775 SBA
   TR.,
8
                    Plaintiff,             **ORDER**
9
        vs.                                Dkt. 173
10
   MICHAEL J. CASEY, et al.,
11
                    Defendants.
12

13        The parties are presently before the Court on pro se Plaintiff Annettee Sharlene

14  Elder-Evins' ("Plaintiff") motion to enlarge time to file a second amended complaint

15  ("SAC").  Dkt. 173.  Defendant Daniel Shacklett and the Municipal Doe Defendants

16  oppose the motion.  Dkt. 179.  Having read and considered the papers filed in connection

17  with this matter and being fully informed, the Court hereby GRANTS the motion, for the

18  reasons stated below.

19        On January 31, 2011, this Court issued an Order dismissing portions of Plaintiff's

20  first amended complaint with prejudice, but permitted her to amend other portions by filing

21  an amended pleading.  Dkt. 106.  The Court directed Plaintiff to file a SAC consistent with

22  this Court's Order within twenty-one (21) days of the date of that Order.  Id.  Plaintiff did

23  not do so.  Instead, Plaintiff filed a motion for extension of time to file a SAC on March 15,

24  2011.  Dkt. 114.  On May 25, 2011, Plaintiff filed another motion for extension of time to

25  file a SAC.  Dkt. 133.

26        On September 13, 2011, this Court issued an Order directing Plaintiff to file a SAC

27  consistent with the Court's January 31, 2011 Order within twenty (20) days of the date of

28  that Order.  Dkt. 167.  Plaintiff, again, failed to do so.  On October 6, 2011, Plaintiff filed

1    another motion for extension to file a SAC.  Dkt. 173.

2         Here, because it is not absolutely clear that Plaintiff cannot amend her pleading to

3    state cognizable claims for relief, and because Plaintiff is a pro se litigant, the Court grants

4    Plaintiff leave to file a SAC.  Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995) ("A

5    pro se litigant must be given leave to amend his or her complaint, and some notice of its

6    deficiencies, unless it is absolutely clear that the deficiencies of the complaint could not be

7    cured by amendment.").  Accordingly,

8         IT IS HEREBY ORDERED THAT:

9         1.     Plaintiff's motion for enlargement of time to file a SAC is GRANTED.

10   Plaintiff shall file a SAC consistent with this Court's Order of January 31, 2011 within

11   twenty-one (21) days of the date of this Order.  Plaintiff is reminded to address the

12   deficiencies of the first amended complaint as identified by this Court in its Order of

13   January 31, 2011.  Plaintiff is also reminded of her obligation to allege facts and claims

14   only to the extent that she may do so in good faith. Fed. R. Civ. P. 11.  If Plaintiff timely

15   amends her pleading, Defendants shall respond consistent with the Federal Rules of Civil

16   Procedure.  The Court cautions Plaintiff that if she fails to timely amend her pleading, the

17   Court will not grant another extension of time for Plaintiff to file a SAC.  See Swanson v.

18   U.S. Forest Serv., 87 F.3d 339, 343 (9th Cir. 1996) (granting or denying leave to amend

19   rests in the sound discretion of the trial court); Fidelity Financial Corp. v. Federal Home

20   Loan Bank of San Francisco, 792 F.2d 1432, 1438 (9th Cir. 1986) (a "court's discretion to

21   deny leave to amend is particularly broad where the court has already given the plaintiff an

22   opportunity to amend his complaint").  The Court further cautions Plaintiff that if she fails

23   to timely file a SAC, the Court will dismiss with prejudice those claims in which the Court

24   dismissed with leave to amend in its Order of January 31, 2011.

25        2.     This Order terminates Docket No. 173.

26        IT IS SO ORDERED.

27   Dated:  December 12, 2011                    _____
                                                  SAUNDRA BROWN ARMSTRONG
28                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


ANNETTE SHARLENE ELDER-EVINS,

        Plaintiff,

  v.

MICHAEL J. CASEY et al,

        Defendant.
_____/

Case Number: CV09-05775 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Annette Sharlene Elder-Evins
Guenocamata Sovereign Trust
Guenocamata Rancheria
948 Leddy Avenue
Santa Rosa,  CA 95407-6601


Dated: December 13, 2011

                   Richard W. Wieking, Clerk
                     By: LISA R CLARK, Deputy Clerk