Michael P. Esser (SBN 268634)
michael.esser@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Plaintiff
Annette Sharlene Elder-Evins,
*for the limited purpose of competency proceedings*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS, Tr.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. CASEY, et al.,<br><br>Defendants. | CASE NO. 4:09-cv-05775 SBA (LB)<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME AND** ~~[PROPOSED]~~ **ORDER**<br>**AS MODIFIED BY THE COURT**<br><br>Judge: Honorable Laurel Beeler<br>**Current**<br>Hearing Date: January 19, 2011<br>**Proposed**<br>Hearing Date: March 1, 2012<br>Time: 11:00 a.m.<br>Courtroom: 4 |

### JOINT STATEMENT IN SUPPORT OF STIPULATION

Pursuant to Rule 6-2(a), the parties hereby jointly request that the deadlines be extended as set forth herein.

On April 4, 2011, Defendant Daniel Shacklett filed a Motion Re: Competency to determine Plaintiff's competency to act as her own attorney.  (ECF Nos. 115-117.)  On July 29, 2011, this Court set the competency hearing for August 25, 2011.  (ECF No. 156.)  On August 10, 2011, the Court recommended that the District Court refer Plaintiff to the Federal Pro Bono Project and continued the competency hearing until November 17, 2011.  (ECF No. 160.)  On October 12, 2011, this Court granted Plaintiff's Motion for Extension of Time and for Continuance of Competency Hearing and continued the hearing until December 15, 2011.  (ECF No. 176.)  On November 7,

2011, this Court granted Plaintiff's Unopposed Second Motion for Extension of Time and for Continuance of Competency Hearing and continued the hearing until January 19, 2012. (ECF No. 184.)

On November 17, 2011, Defendant Shacklett filed a Request to Present Oral Testimony of Dr. Apostle at the Motion Hearing and Order Thereon. (ECF No. 185.) The deposition of Dr. Donald Apostle is scheduled to commence on December 21, 2011.

The parties hereto have conferred and request that the Court amend the briefing schedule and continue the hearing date as follows: Plaintiff shall file an opposition to Defendant's Motion Re: Competency on or before February 9, 2012; Defendant shall file a reply in further support of Defendant's Motion Re: Competency on or before February 23, 2012; and the hearing on Defendant's Motion Re: Competency shall be adjourned to March 1, 2012, at 11:00 a.m. Counsel have met and conferred with attorney Robert Good, counsel for Dr. Apostle, and he has indicated his agreement with the proposed schedule. A courtesy copy of this Stipulated Request for Order Extending Time and [Proposed] Order has been transmitted to Mr. Good.

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. Plaintiff shall file an opposition to Defendant's Motion Re: Competency no later than February 9, 2012;

2. Defendant shall file a reply in further support of Defendant's Motion Re: Competency no later than February 23, 2012; and

3. The hearing on Defendant's Motion Re: Competency shall be adjourned to March ~~1~~ 15, 2012, at 11:00 a.m.

4. DECLARATION PURSUANT TO L.R. 6-2(a): The parties declare that (1) the reason for the requested enlargement of time is Plaintiff's counsel will depose Dr. Apostle on December 21, 2011, and will require additional time to prepare an opposition to Defendant's Motion Re: Competency, currently due December 28, 2011, and (2) Defendant's counsel has a ten to fourteen day trial scheduled to commence on February 3, 2012. The parties hereto do not anticipate that this modification of the

briefing schedule and hearing on the Motion Re: Competency will impact other existing deadlines in this case.

DATED: December 13, 2011                    Respectfully submitted,

/s/ Michael P. Esser
Michael P. Esser
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
*Attorneys for Plaintiff*
*Annette Sharlene Elder-Evins,*
*for the limited purpose of competency proceedings*


/s/ John J. Fritsch
John J. Fritsch
SANTA ROSA COUNTY COUNSEL
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404
*Attorneys for Defendant Daniel Shacklett*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __December 15__, 2011

_____
Magistrate Judge Laurel Beeler

**Plaintiff's opposition brief is due by February 9, 2012, and Defendant's reply brief is due by February 23, 2012, as the parties stipulated. HOWEVER, the hearing on Defendant's motion is continued to March 15, 2012, not March 1, 2012.**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael P. Esser, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that the following attorney has concurred in this filing: John J. Fritsch, counsel for Defendant, Daniel Shacklett.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Esser*
　　　　　　　　　　　　　　　　　　　　　　　Michael P. Esser

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2011, I electronically filed the foregoing STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants as listed below.

Annette Sharlene Elder-Evins<br>
Guenocamata Sovereign Trust<br>
Guenocamata Racheria<br>
948 Leddy Avenue<br>
Santa Rosa, California 95407

DATED:  December 13, 2011                     By:  /s/ *Michael P. Esser*
                                                   Michael P. Esser