1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9           Northern District of California

10              Oakland Division

11  ANNETTE SHARLENE ELDER-EVINS,          No. C 09-05775 LB

12              Plaintiff,               **ORDER RE: (1) THE PARTIES'
                                         STIPULATION TO CONTINUE
        v.                               COMPETENCY HEARING AND (2)
13                                       HEARING ON PLAINTIFF'S**
    MICHAEL J. CASEY, et al.             **MOTION TO EXCLUDE RECORDS**
14
              Defendants.
15  _____/

16      On June 28, 2011, Judge Armstrong referred Defendant's motion to determine Plaintiff's

17  competency. Order of Reference, ECF No. 148; *see* Defendant's Motion, ECF No. 115. Since then,

18  Plaintiff's counsel has been appointed for purposes of this competency hearing. The competency

19  hearing has been continued several times: from August 25, 2011, to November 17, 2011, to

20  December 15, 2011, to January 19, 2012, and to its current date of March 15, 2012. Plaintiff's

21  opposition and Defendant's reply briefs have yet to be filed, although they are currently due, per the

22  parties' stipulation, on February 9, 2012 and February 23, 2012, respectively.

23      The parties have now filed a stipulation seeking a further continuance of the competency

24  hearing. Stipulation, ECF No. 198. The reason for this continuance is the unavailability of Dr.

25  Apostle, whose oral testimony Defendant would like to present at the hearing. *Id.* Good cause

26  being shown, the court will continue the hearing on Defendant's motion to determine Plaintiff's

27  competency. It will be heard on Thursday, May 17, 2012 at 11:00 a.m., which is the court's next

28  available law and motion calendar date that does not appear to conflict with either Dr. Apostle's or

UNITED STATES DISTRICT COURT
For the Northern District of California

C 09-05775 LB

1    Defendant's counsel's schedules, as listed in the parties' stipulation.

2          The court does not find good cause, however, to extend the briefing schedule that the parties

3    chose by stipulation.  Accordingly, Defendant's reply brief is still due no later than February 23,

4    2012.

5          In addition to Defendant's motion, Plaintiff filed on February 10, 2012 a motion to exclude

6    records and an objection to Defendant's request for judicial notice.  Plaintiff's Motion, ECF No.

7    200.  Plaintiff noticed her motion for March 15, 2012.  In light of the continuation of the hearing on

8    Defendant's motion, the court will continue the hearing on Plaintiff's motion, too.  Plaintiff's motion

9    will be heard on <u>Thursday, May 17, 2012 at 11:00 a.m.</u>, and briefing on Plaintiff's motion shall

10   proceed in accordance with this District's Civil Local Rule 7-3.

11         **IT IS SO ORDERED.**

12   Dated: February 10, 2012

13                                                              _____
                                                                LAUREL BEELER
14                                                              United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 09-05775 LB

2