UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANNETTE SHARLENE ELDER-EVINS,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL J. CASEY, *et al.*,<br><br>          Defendants.<br>_____/ | No. C 09-05775 SBA (LB)<br><br>**ORDER REGARDING COMPETENCY EXAMINATION** |

At the last hearing on September 27, 2012, the court told counsel that it would contact U.S. Probation and U.S. Pretrial Services to find out whether there are any medical providers in the area who might have particular expertise in treating and/or examining Native American patients.

According to U.S. Probation, a registered tribal member in Sonoma County is eligible for tribal health services, and there is a psychologist on the medical board there. U.S. Pretrial Services contacted Dr. Leon Wakefield, who is the Director of Behavior Health at the Sonoma County Indian Health Project. *See* http://www.scihp.org/ (last accessed October 9, 2012). That agency provides mental health and substance abuse services "in a manner sensitive to the cultures and traditions" of Native Americans. According to Dr. Wakefield, the Project has psychiatrists and psychologists that are available for hire to conduct a competency evaluation of a Native American person (ideally one who lives in their area). Dr. Wakefield is available by phone at 707-521-4523 and—according to U.S. Probation—able to speak to the importance of having someone attuned to the sensitivities that

Plaintiff's counsel mentioned at the hearing.

Counsel should meet and confer about this information as part of the next steps outlined in the court's September 27, 2012 order. *See* Order to Show Cause and Further Scheduling Order, ECF No. 240.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge